WARREN W. EGINTON, Senior USDJ

Motion DENIED without prejudice pending stay.  1/13/04

FILED 2004 JAN 13 P 3:33 US DISTRICT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANBURY INSURANCE COMPANY | : | CIVIL ACTION NO. |
| (Plaintiff) | : | 302CV01577 WWE |
| | : | |
| V. | : | |
| | : | |
| ROBERT BEEBE AND, | : | |
| VERA BEEBE | : | |
| (Defendants) | : | September 19, 2002 |

## MOTION TO DISMISS

Pursuant to Federal Rule 12(b)(1) and Local Rule 9, the undersigned defendants, **Robert Beebe and Vera Beebe**, respectfully move to dismiss the plaintiff's suit on the grounds that the court lacks subject mater jurisdiction.

First, the plaintiff appears to be a Connecticut corporation and, therefore, no diversity exists. Second, the plaintiff has failed to join an indispensable party whose presence would destroy diversity jurisdiction. Third, the Court should exercise its wide discretion relative to entertaining declaratory judgment actions by declining to hear this case, since the appropriate forum for this matter is the Connecticut Superior Court.

The plaintiff in this case is the defendants' insurance company. The plaintiff has denied

**ORAL ARGUMENT REQUESTED /
NO TESTIMONY REQUIRED**

O'KEEFE, PHELAN & JACKSON  •  ATTORNEYS AND COUNSELLORS AT LAW
36 RUSS STREET  •  HARTFORD, CT. 06106-1571  •  (860) 278-4040  •  JURIS NO. 44174