## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANBURY INSURANCE COMPANY | : | CIVIL ACTION NO. |
| (PLAINTIFF) | : | 302CV01577 WWE |
| V. | : | |
| ROBERT BEEBE AND VERA BEEBE | | |
| (DEFENDANT) | : | JULY 19, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned plaintiff by and through it's attorney, hereby stipulate that this action may be dismissed with prejudice and without either costs or attorney's fees being assessed to any of the above named parties. There shall be no right of appeal. The defendants' counsel has been consulted and joins in on this stipulation.

```
                         RESPECTFULLY SUBMITTED ON BEHALF OF
                         THE PLAINTIFF,
                         DANBURY INSURANCE COMPANY

                         BY_____
                            RENE GERARD MARTINEAU
                            DEL SOLE & DEL SOLE, L.L.P.
                            46 SOUTH WHITTLESEY AVENUE
                            WALLINGFORD, CT 06492
                            (203) 284-8000
                            FEDERAL BAR NO. ct07680
```

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

Joseph M. Busher
O'Keefe, Phelan & Jackson
36 Russ Street
Hartford, CT 06106

```
                                   _____
                                   Rene Gerard Martineau
```