UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANBURY INSURANCE COMPANY (PLAINTIFF) | : CIVIL ACTION NO. |
| | : 302CV01577 WWE |
| V. | : |
| ROBERT BEEBE AND VERA BEEBE (DEFENDANT) | : JULY 19, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned plaintiff by and through it's attorney, hereby stipulate that this action may be dismissed with prejudice and without either costs or attorney's fees being assessed to any of the above named parties. There shall be no right of appeal. The defendants' counsel has been consulted and joins in on this stipulation.

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 7/28/04

DEL SOLE & DEL SOLE, LLP • ATTORNEYS AT LAW
46 SOUTH WHITTLESEY AVENUE • WALLINGFORD, CT 06492-4102 • JURIS NO. 101674 • (203) 785-8500